UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 7 CASE

Karen B Andersen  CASE NO. 10-33519

                Debtor.  ORDER

_____

This case came before the court on the motion of U.S. Bank, N.A., its successors and/or assigns, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated December 02, 2005, executed by Karen B. Andersen, unmarried, recorded on December 20, 2005, as Document No. 3913106, covering real estate located in Ramsey County, Minnesota, legally described as:

Unit No. 56, Condominium No. 242, Brandlwood Farms Country Towne Homes, a condominium located in Ramsey County, Minnesota
And commonly known as 5666 Brandlwood Court, White Bear Township, Minnesota 55110

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: July 20, 2010

/e/ Dennis D. O'Brien
_____
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk